IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**DONNA BATES, et al.,**
individually and on behalf
of all others similarly situated,

               Plaintiffs,               Case No: 13-CV-00142

     vs.

**KERRY, INC.**

               Defendant.

**PETITION FOR CLASS COUNSEL'S COSTS AND ATTORNEYS' FEES**

NOW COME Plaintiffs, Donna Bates, Catherine Steffa, and Caren Christensen, by and through their attorneys, Hawks Quindel, S.C., respectfully petition the Court for an award of costs and attorneys' fees as set forth below and on those grounds set forth in Plaintiffs' supporting Memorandum of Law and accompanying declarations of Attorneys Summer H. Murshid, Jason J. Knutson, Brenda Lewison and Noah Reinstein.

     1.     Class Counsel has negotiated the settlement of this FLSA collective action and Rule 23 class action on behalf of a class that includes approximately 96 individuals.

     2.     The settlement creates a common settlement fund of $525,000. Plaintiffs petition for recovery of their costs and attorneys' fees in the amount of $157,500, or 30% of the common settlement fund.

3. Under the terms of the fee agreements, Class Counsel are entitled to attorneys' fees in the amount of 33.33% plus actual costs. However, Class Counsel are only petitioning this Court for an award of 30%. Class Counsel has incurred approximately $7,027.37 in costs to date, and requests a separate award of actual costs in the amount of $7,027.37.

4. As set forth in greater detail in Plaintiffs' supporting Memorandum of Law and accompanying declarations, the requested award is consistent with the market rate for similar cases.

WHEREFORE, Plaintiff respectfully requests that the Court award costs and attorneys' fees as set forth above.

Respectfully submitted this 19th day of December 2013.

>**HAWKS QUINDEL, S.C.**
>
>By: */s/ Summer H. Murshid*
>**HAWKS QUINDEL, S.C.**
>Summer Murshid, State Bar No. 1075404
>Email: smurshid@hq-law.com
>Larry A. Johnson, State Bar No. 1056619
>Email: ljohnson@hq-law.com
>B. Michele Sumara, State Bar No. 1010181
>Email: msumara@hq-law.com
>Post Office Box 442
>Milwaukee, Wisconsin 53202-0442
>Telephone: 414-271-8650
>Facsimile: 414-271-8442